IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

ALLTEL COMMUNICATIONS,
INC.                                                                                    PLAINTIFF

VS.                              Case No. 04-CV-5055

VICTORIA ASBILL                                                          DEFENDANT

EVERETT LAW FIRM                                                    GARNISHEE

## **ORDER**

The Court hereby orders Garnishee Everett Law Firm to tender $3,075.55 it holds as an unearned retainer fee for its representation of Defendant Victoria Asbill to Plaintiff Alltel Communications, Inc.

IT IS SO ORDERED, this 28th day of September, 2005.

                                                /s/ Harry F. Barnes
                                                Hon. Harry F. Barnes
                                                U.S. District Court